### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

TA'BORIS FISHER                                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:06-cv-101 HTW-LRA

KENNETH TALTON, et al.                                                                          DEFENDANTS

### FINAL JUDGMENT

Before this court is the motion of the defendants to dismiss. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendants is well taken and should be granted. The Order to Dismiss entered by this court on March 19, 2007, is incorporated by reference. For the reasons assigned in the court's Order to Dismiss, the court concludes that judgment should be entered in favor of the defendants and against the plaintiff and that the defendants should be awarded their costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Order to Dismiss at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendants are entitled to recover their taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 19th day of March, 2007.**

                                              s/ HENRY T. WINGATE
                                              CHIEF UNITED STATES DISTRICT JUDGE